Dear Honor,

This Letter is on the behalf of Jacob Ritchie. Jacob was a good child in school he always went to school and did his best. He had friends and they were always over to our house. Jacob didn't get in to trouble he was a person that wanted to help people and attend school. Jacob has been thur alot he was in the home when his 4 month old brother was shaken by his father and was almost died. Jacob was only 5 yrs old. Jacob was molested at the age of 7 by my uncle and he did attend Councling for it. Jacob was raised by his mother only with his brother and sister. Jacob father left when he was 2 yrs old and has had nothing to do with him ever sense then. Jacob went into the army after he graduated from High school. He was very close to my father and wanted to be like him and go into the army and make us all proud. My father had cancer when Jacob went in to the army and it was very hard for him to go. My father also died when Jacob was in boot camp and was not allowed to come home for the furnel and that took a toll on him. Jacob has done good thing in his life. He has worked

for mcdonals and Gray Stone ~~golf~~ gulf coorse. Jacob has gone to war for our country and did 2 tours over seas he has 2 awards for that. I know he has made bad desions in his life bot i dont believe that locking him up in prison for a long time is ~~going~~ the best thing for him. I believe that he needs to be placed in a instation to help him understand what he has done and get the help he needs. He need some one that understand him and can help him change around his life and deal with what he has done. He also has PSD from the military.

Thank you
Michelle Waite
315-945-5351
6086 Lake Ave Wolcott, NY 14590