CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| RITCHIE, JACOB MICHAEL | ARMY/RA | [REDACTED] |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| PV1 | E01 | 19851015 | 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| SYRACUSE, NEW YORK | 6086 LAKE AVE WOLCOTT NEW YORK 14590-0000 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| PCF GSB USA GARR FT SILL BA | FORT SILL TC, OK 73503-5100 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE NONE |
|---|---|
| N/A | AMOUNT: $ 400,000.00 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 11B10 INFANTRYMAN - 5 YRS 7 MOS//NOTHING FOLLOWS | a. DATE ENTERED AD THIS PERIOD | 2006 | 10 | 24 |
| | b. SEPARATION DATE THIS PERIOD | 2014 | 04 | 30 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0005 | 11 | 08 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| | f. FOREIGN SERVICE | 0001 | 11 | 19 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 0000 | 04 | 07 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2012 | 09 | 18 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| AFGHANISTAN CAMPAIGN MEDAL W/ CAMPAIGN STAR //ARMY COMMENDATION MEDAL//ARMY ACHIEVEMENT MEDAL//ARMY GOOD CONDUCT MEDAL//NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//IRAQ CAMPAIGN MEDAL W/ CAMPAIGN STAR//ARMY SERVICE RIBBON// //OVERSEAS SERVICE RIBBON//CONT IN BLOCK 18 | NONE//NOTHING FOLLOWS |

| | | YES | NO |
|---|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | | X |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | | X |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA ) | | | X |
| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | | X |

18. REMARKS ////////////////////////////////////////////////////////////////
CONTINUOUS HONORABLE ACTIVE SERVICE: 20061024-20081113//IMMEDIATE REENLISTMENTS THIS PERIOD -- 20081114-20140430//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 20060919-20061023//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN AFGHANISTAN 20110315-20120314//SERVICE IN IRAQ 20081006-20090924//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//CONT FROM BLOCK 13: (2ND AWARD)//NATO MEDAL//COMBAT INFANTRYMAN BADGE//NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include ZIP Code) |
|---|---|
| 6086 LAKE AVENUE WOLCOTT NEW YORK 14590 | MICHELLE A WAITE 6086 LAKE AVENUE WOLCOTT NEW YORK 14590 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) NY | OFFICE OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | X YES | NO |

| 21.a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| NOT AVAILABLE TO SIGN | | ESIGNED BY: KREISELMEIER.ROBERT.E.1092777746 ROBERT E KREISELMEIER, GS07, HR SUPERVISOR | 20140430 |

DD FORM 214, AUG 2009        PREVIOUS EDITION IS OBSOLETE.        MEMBER - 1
GENERATED BY TRANSPROC