Judge / your honor

My name is Jacob Ritchie here is some background information about me. I was born on Oct 15th 1985 in Sodus, NY. I grew up in Wolcott, Wayne County, New York for most of my life. I graduated High School from North-Rose - Wolcott high school in Wayne County, New York in Jun 2005. I was raised mostly by my mother Michelle Waite, my aunt Penny, and my grandfather Lloyd Waite. I lost my grandfather to cancer on Nov 20th 2006. I worked different jobs after High School before joining the US ARMY on Oct 2006. I went to basic training for the US ARMY on Oct 26, 2006. After graduating basic training in 2007 I was stationed at Ft. Riley in Kansas were I was part of 1-63 Combined Arm Battalion and 2-70 Armored division were I deployed to Iraq from 2008 to 2009 were I was part of the base defense center due to not being able to do my job as an infantry mortor man which is indirect field infanty men due to a knee dislocation around July 4th 2008 after being at Ft Irwin in California before deploying to Iraq. While in Iraq I keep track out which units went out on patrol and all equipment for the base defense center. While in Iraq I reenlisted and was stationed at Ft. Drum in New York in 2010 and was part of 2-87 Infantry and was deployed to Afganistan in 2011 to 2012. I had a daughter born on Feb 11th 2011 before I deployed and a son born on May 16th 2011 shortly after I deployed. My two kids have differnet mother. I still try to stay in contact with my kids as much as I can. I was discharged from the US ARMY in 2013 after a court marshal where I was sentenced to 3 years at Ft. Leavenworth, Kansas and bad conduct discharged from the US Army but due to my reenlistment in 2008 while in Iraq I also have a honorable discharge so I still receive my medical benifits from the Veterans Affiars. I was released from Ft Leavenworth in 2015. I caught my first state prison sentence in 2017 and was sentenced to 3 years with ten years post supervised release while on parole I voliated by sending pics of under age girls (childporn) to an undercover investagator because I was dealing with my PTSD, depression, and anexity in a negative way instead of asking for help though mental health and other resouces.

Thankyou

Jacob Ritchie